**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01211-CV

### OPTIMAL BLUE, L.L.C., Appellant

### V.

### VANTAGE PRODUCTION, L.L.C., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02838-2014**

## ORDER

We **GRANT** appellee's November 6, 2014 unopposed motion for seven-day extension of

time to file brief and **ORDER** the brief be filed no later than November 17, 2014.


/s/     ADA BROWN
        JUSTICE